IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN SROGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16 C 5796 |
| | ) | |
| JENNIFER HONDZINSKI, *et al.*, | ) | Judge Harry Leinenweber |
| | ) | |
| Defendants. | ) | Magistrate Judge Sheila Finnegan |

**STIPULATION TO DISMISS**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto, by their respective

attorneys of record, that this matter has been settled by the parties and, therefore, all claims related to this cause

should be dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from

the entry of the Court's order, unless a party has moved to extend this date prior to the expiration of the 75

days. Each side shall bear its own costs and attorneys' fees.

Respectfully submitted,

_s/ Jeremy J. Gray_
Jeremy John Gray
Attorney for Plaintiff, Kevin Sroga
Jones Day
77 West Wacker Drive, Suite 3500
Chicago, Illinois 60601
(312) 269-1533
Attorney No. __6289614__

CITY OF CHICAGO
a Municipal Corporation

CELIA MEZA
Corporation Counsel
Attorney for the City of Chicago

BY: _Victoria R. Benson_
Victoria R. Benson
Deputy Corporation Counsel
2 N. LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-4883
Attorney No. 6282508
DATE: 10/7/2021

_Mark Winistorfer_
Mark Winistorfer
Assistant Corporation Counsel
Attorney for Defendants, Pagan, Roman, Echeverria, and
Butzen
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-6905
Attorney No. 6310510
DATE: 10/7/2021