IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN SROGA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 16 C 5796 |
| | ) | |
| JENNIFER HONDZINSKI | ) | Judge Harry Leinenweber |
| | ) | |
| Defendants. | ) | Magistrate Judge Sheila Finnegan |

**AGREED ORDER OF DISMISSAL**

This matter coming before the Court on the Stipulation of the parties, the parties having reached agreement to settle this matter, and the respective parties being represented by counsel, Plaintiff, Kevin Sroga by his attorneys, Jeremy John Gray and Christopher Hall of Jones Day , and Defendants, Edwin Pagan, Edwin Roman, Cesar Echeverria, and Julie Butzen, by their attorney, Mark Winistorfer, Assistant Corporation Counsel III; the Court being otherwise fully advised in the premises, orders as follows:

All of the claims of Plaintiff, Kevin Sroga, against Defendants, Edwin Pagan, Edwin Roman, Cesar Echeverria, and Julie Butzen, are hereby dismissed without prejudice, to be automatically converted to dismissal with prejudice 75 days from the entry of this order, unless a party has moved to extend this date prior to the expiration of the 75 days. Each side shall bear its own costs and attorneys' fees.

ENTER: _____
The Honorable Harry Leinenweber
United States District Judge
DATED: 10/12/2021

Mark Winistorfer
Assistant Corporation Counsel III
2 North LaSalle Street, Suite 420
Chicago, Illinois 60602
(312) 744-6905
Attorney No.  6310510
*Counsel for Defendants*